IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T. CAREY, et al., | No. CIV S-06-1265-FCD-CMK |
|     Plaintiffs, | |
|  vs. | ORDER |
| SHASTA COUNTY, | |
|     Defendant. | |
| _____/ | |

       Plaintiffs bring this civil action, invoking the court's federal question jurisdiction under 28 U.S.C. § 1331. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On August 17, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiffs and which contained notice to plaintiffs that any objections to the findings and recommendations were to be filed within ten days. Plaintiffs filed a document on August 30, 2006, which the court construes as objections to the findings and recommendations.

/ / /

/ / /

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 17, 2006, are adopted in full;

2. This action is dismissed without prejudice to plaintiffs' ability to seek relief from the appropriate state court and/or agency; and

3. The Clerk of the Court is directed to enter judgment and close this file.

DATED: September 6, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge